FILED
U.S. DIST COURT
MIDDLE DISTRICT LA
2004 JUL 28 P 2: 41
SIGN_____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Shedrick Brumfield 395469
_____
_____

04-522-D-M1

Enter above the full name of the plaintiff or plaintiffs in this action.

## VERSUS

Shirley Cood (Asst Warden)
Clarence Thomas (captain)
Kevin Groom (Know captain)
_____

Enter above the full name of the defendant or defendants in this action.

## COMPLAINT

I. **PREVIOUS LAWSUITS:**

   a. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( ✓ )    No ( )

   b. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

   Plaintiffs: Shedrick Brumfield 395469

   Defendants: Clarenes Thomas  Shirley Cood  Kevin Groom

1.

2. Court (if federal court, name the district; if state court name the parish):
   Federal middle district of Louisiana

3. Docket number: 03-0826-A-m3
4. Name of Judge to whom case was assigned: MAgistrate Judge Docia L. Dalby
5. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?):
   dismissed
6. Approximate date of filing lawsuit: April 8 2003
7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

   a. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   b. Did you present the facts relating to your complaint in the prisoner grievance procedure?
      Yes (✓)   No ( )

   c. If your answer is YES:
   1. What steps did you take? All proper steps

   2. What was the result? they Rejected toud times

   d. If your answer is NO, explain why not? _____

III. PARTIES:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: Shedrick Brumfield 395469

   Address: Louisiana State Pen Angola LA 70712

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.)

b. Defendant Shirley Cood Assitant wARdeN is employed as Asstant wardeN/a at Camp J

c. Additional Defendants: KeviN Groom Captain at Camp J Clarence Thomas Captain

IV. STATEMENT OF CLAIM:

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See supplement

IV. STATEMENT OF CLAIM (Continued).

4

## V. RELIEF:

State briefly exactly what you want the court to do for you. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

See supplement for Additional Relief.

Signed this _July_ day of _23_, _2004_

_____
(Signature of Plaintiff or Plaintiffs)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed On: _____
Signature of Movant

_____
Signature of Attorney (If any)

5

UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT

Shedrick Brumfield, 395469
    VERSUS
SHIRley Coody ET.AL

Docket no: _____

Dear clerk of court:

I am writing to ask and request of the Honorable court, that service and summons be ordered by the honorable court by law that the name parties of record officially acknowledge receipt of the court summons and service by signature in the presence of the designated court officer that said subsequent related legal procedings can go forth absent unnecessary delay. Said request made prior to any notice of default for failur to seek service and summons.—facilitating the matter being broug befor the court; said parties named La state Penitentiary employees (here in after LSP) LSP Located in Angola, La LSP Administration office can more properly enable such be located at an appropriate place within LSP by the courts officers at a reasonable time

Shedrick Brumfield
Shedrick Brumfield #395469
Camp J
Louisiana State Prison
Angola LA 70712

Case 3:04-cv-00522-JJB   Document 1   07/28/04   Page 6 of 15

# Acknowledg of Receipt of Summons And Complaint

I declare under penalty of perjury. That I _____
received a copy of the summons and of the complaint in
above -- captioned manner at _____

~~Burl Cain~~
Shirly Coody, Et AL
_____

Warden Burl cain / Authority
to receive service of Process
_____

Date of Signature

Shedrick Brumfield, 395469
versus
Shirley Coody, ET AL

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT

NO_____
Judge_____
Div_____

_____
Deputy Clerk

## Motion For Appointment of Counsel

May it please the Court:

Plaintiff Shedrick Brumfield, pursuant to 42 USC § 1915, request this Honorable Court to appoint counsel to represent him in this case for the following reason to wit:

1. Plaintiff is not able to afford counsel

2. Plaintiff does not have proper access to the prison law library and is limited to prisoners at camp "J."

3. Plaintiff has limited knowledge of the law, and had a inmate back here file this for me, which he is subject to move any day, becaues he is on lock down too.

4. In considering motions for appointment of counsel in section 1983 cases, district court should make specific findings on each factor to be considered in ruling on requests for appointed counsel, rather than deciding motion in conclusory manner;

The existence of such circumstances will turn on the quality of two basic factors - the typ and complexity of the case, and the abilities of the individual bringing it." In Ulmer v Chancellor, 691 F.2d 209 (5th cir. 1982.

The laid out four factors that a district court should cosider in ruling on a request for appointed counsel: (1) the typ and complexity of the case; (2) whether the indigent is capable of adequately presenting his case (3) whether the indigent is in a position to investigate adequately the case (4) whether the evidence will consist in large part of conflicting testimony so as to requir skill in the presentation of the evidence and in cross examination..

5. The defendant have met the standard of appointment of counsel

6. The ends of justice would best be served in this case if an attorney was represented the plaintiff.

WHERFORE. After due consideration of the impediment present, Plaintiff Prays that this honorable court will appoint him counsel in this matter.

Respectfully submitted:
Shedrick Brumfield
Shedrick Brumfield #395469
La. State Penitentiary
Angola LA. 70712

IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEDRICK BRUMFIELD, #395469 | CIVIL ACTION NO:_____ |
| VERSUS | DATE FILED:_____ |
| SHIRLEY COODY, KEVIN GROOM, CLARENCE THOMAS, ET AL. [INDIVIDUAL AND OFFICIAL CAPACITY] | CLERK OF COURT |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENT

Plaintiff, Shedrick Brumfield, is a prisoner residing at Louisiana State Penitentiary, Angola, Louisiana. He has been confined at all times complained of herein, and he is a natural citizen of the United States and the State of Louisiana.

PRELIMINARY STATEMENT:

This is a civil rights action was previously filed by Shedrick Brumfield, and was dismissed for not exhausting his administrative remedy procedure seeking damages and injunctive relief, under 42 U.S.C. § 1983, 1985(3), alleging "underimmient danger of an serious injury", due to excessive force of using tear gas or mace and relalation for filing previous - petition against their supervisory and the named new for new defendants in this complaint. Petitioner also tried to exhaust his administrative remedy procedure but was rejected for the reasons stated in this complaint attached to it.

The defendants have violated my Eight and First Amendment to the United States Constitution.

1

JURISDICTION:

1.  This court has jurisdiction of the plaintiff's claims of violation of federal constitutional rights under 28 U.S.C.A. § 1331, 1343, 2202; 42 U.S.C.A. 1983; Fed. R. Civ. Proc. #65.

2.  This court has jurisdiction over the plaintiffs state and federal law claims under 28 U.S.C. § 1367 to hold defendant's liable pursuant to La. Civ. C. P. Art. 2315-2324.

PARTIES

3.  The plaintiff Shedrick Brumfield is presently incarcerated at the Louisiana State Penitentiary, in Angola during the event described in this complaint.

4.  Defendants Shirley Coody (Assistant Warden), Clarence Thomas (Captain); Kevin Groom (Now Captain) they are being sued in their individual and official capacities.

5.  At all times the defendant have acted and continued to act under color of law, at all times relevant to this supplement.

6.  FACTS:

    On the 8th day of 2004, petitioner filed another ARP stating the same fact because the original complaint was dismissed for not exhausting his administrative remedy procedure.

7.  On or about 6-28-04, petitioner received a rejection for refiling administrative remedy procedure, for being untimely. However, petitioner was only following the court ruling as was to exhaust is administrative procedure.

8.  FACTS II:

9.  On July 21, 2004, plaintiff filed an emergency administrative remedy to Richard Stalder "underiment danger of a serious injury for filing my previous civil rights complaint at Louisiana State Penitentiary.

10. Plaintiff stated in his (ARP) to Richard Stalder-Secretary of Department of Corrections, that

2

Case 3:04-cv-00522-JJB   Document 1   07/28/04   Page 11 of 15

he is and/or subject to threats and cruel and unusual punishment as a form of rehalation for filing my complaint and ARP's on the date of July 25, while at Camp J Gator 3 and 4. At 3:00 p.m., they was passing out store on 3-Left, 4-Left and 4-Right, while the store woman was still out in the lobby going out the door, I ask why was she not bringing our tier our store. Lt. Groom hollered down the tier and stated who that "B--ch" wants to represent the dame tier?

11. He then came down the tier to see who was talking to him, when he seen it was me he stated, we are tired of your sh-t, and radioed for Captain Thomas, who was at that time making tier rounds with Warden Shirley Coody.

12. He then instructed Lt. Groom to gas me down and further stated we are going to teach you a lesson for filing all them ARP's and that law suit against my friends. And we are tired of your stuff and if you keep this up "we" are going to kill you next , you know we could get away with it. Whom are they going to believe "us" are a dead nigger, huh???

13. He further stated spray that bi--ch down in cell-4 too, he like to jump on officers. We might as well kill two birds with one stone, so it don't look like we are retaliating on him.

14. He spray gas on Arron Jones, when he was only sitting down playing a games of chess with his neighbor, and further stated if me and Arron Jones don't like what we did they are going to get our jump-out-boys to kill you and nothing would be done about it. "Jump-out-boys" that's a name for their tactical team here at Angola.

15. Warden Shirley Coody stated she couldn't do nothing even though they couldn't spray gas in my cell for making noise, which was a form of corporal punishment.

16. Plaintiff further states the employees rule and disciplinary rule book states: "Prohibition against cruel and unusual punishment, the use of tear gas or chemical mace should be used only as a substitute for the use of deadly force. It cannot be used simply to quite noise "or loud talking by

3

offenders". Any use of tear gas or chemical mace not in compliance with the above policy is actionable in court." Page 35.

17. Plaintiff states the disciplinary rule of employee states that: Under Corporal punishment, corporal punishment means causing physical pain to an offender as a punishment for violation of an institutional rule or regulation. Rule (g). Page 35.

18. Petitioner states Warden Shirley Coody acted maliciously and sadistically when she failed to interview or take disciplinary action against Lt. Groom and Captain Thomas from causing harm to petitioner which was in her official capacities to do so....

A. ISSUE A DECLATORY JUDGMENT STATE THAT:

The use of gas and/or mace on plaintiff and retaliation for filing complaint violates plaintiff's 1st and 8th Amendment of the United States Constitution and conduct can only be seen as motivated by malice., and that the force used by them was "unnecessary and excessive and Warden Shirley Coody made no effort to prevent the unwarranted use of force or temper its severity.

19. ADDITIONAL CLAIM FOR RELIEF:

The actions did by Caption Thomas; (Lt.) Kevin Groom; and Shirley Coody, Warden were done maliciously and sadistically by this said excessive for and for retaliation for exercising my right to freedom of speech and the action of Shirley Coody constituted deliberate indifference due to her failure to intervene in violation of the Eighth Amendment.

A. Issue declaratory judgement that defendants violated the United States Constitution and State Law and when they;

    1). Used mace on the plaintiff without justification;

    2). Retaliated against plaintiff for filing on other said complaint and ARP"s.

B. Issue a Injunctive ordering that defendant or their agent:

1). Refrain from using against plaintiff, except when immediately necessary to prevent injury, death, or the destruction of valuable property.

2). Refrain from using other physical force against plaintiff except when necessary to maintain or to prevent death, injury as it said so in their policy. Page 35(e) and (h).

C. Grant compensatory damages in the following amount:

    1). $20,000 (thousand dollars) against defendant Coddy;

    2). $50,000(thousand dollars) against defendant Thomas

    3). $50,000(thousand dollars) against defendant Groom

D. 1). $25, 000 (thousand dollars) punitive damages against each of the defendants

    2). Grant such other relief as it may appear plaintiff is entitled.

E. Award attorney fee under attorney Awards Act of 1976-42 U.S.C. § 1988

Respectfully Submitted By:

_____
Shedrick Brumfield #395469
Camp J
Louisiana State Prison
Angola, La. 70712

5

## PLEASE SERVE

Shirley Coody - Assistant Warden I

Clarence Thomas - Captain

Kevin Groom - Lieutenant

Defendant will best be served at Louisiana State Prison, Angola, La. 70712